UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM G. CARTER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:04-CV-1117 CAS |
| R. TIMOTHY BICKHAUS, P.A., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** as duplicative of the previously-filed action captioned <u>William G. Carter, Petitioner, v. Felix T. Vincenz, Respondent</u>, No. 4:04-CV-624 FRB (E.D. Mo.).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  2nd  day of September, 2005.